Erin Lane WSBA 42504
Kristin Bowen WSBA 46688
Washington Law Group PLLC
16000 Christensen Rd #304B
Tukwila, WA 98188
Tel. 206.624.3644
Fax 206.400.7919

Honorable Christopher Alston
Chapter 13
Hearing Date: 10/9/2025 9:30 am
Response Date: 10/2/2025
Location: Seattle Courtoom 7206

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:                                      )
                                            )        Case No. 25-11878-CMA
  Cassandra Simi Maki                       )
                                            )        **NOTICE OF HEARING FOR MOTION**
                                            )        **FOR AN ORDER TO APPROVE**
  Debtor.                                   )        **CHAPTER 13 PLAN PRE-**
                                            )        **CONFIRMATION**
                                            )
_____       )

### NOTICE OF MOTION AND HEARING THEREON

YOU ARE hereby notified that the hearing on the attached Motion for an Order Modifying Chapter 13 Plan, Pre-Confirmation, will be before the Honorable Christopher Alston on October 9, 2025 at 700 Stewart Street, Courtroom 7206, Seattle, WA 98101. Any objections must be served upon Kristin Bowen at the address set forth above no later than October 2, 2025. Objections to the motion must also be filed with the Clerk of the Court, United States Bankruptcy Court.

YOU ARE FURTHER NOTIFIED that if no objection is received on or before said date, an Order granting debtors' motion may be entered by the Court in its discretion prior to the hearing without further notice.

DATED: September 10, 2025

*/s/Kristin Bowen*
Kristin Bowen, WSBA #46688
Attorney for Debtor

- 1 -- **NOTICE OF MOTION FOR AN ORDER APPROVING CHAPTER 13 PLAN PRE CONFIRMATION**

Washington Law Group PLLC
16000 Christensen Road Ste #304B
Tukwila, Washington 98188
Tel. 206.624.3644
Fax 206-400.7919