| IN RE: | CASE NO: 25-11878-CMA |
|---|---|
| CASSANDRA SIMI MAKI | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 21<br>Judge: Christopher Alston<br>Hearing Location: 700 Stewart St, Courtroom 7206, Seattle, WA 98101<br>Hearing Date: 10/9/2025<br>Hearing Time: 9:30 am<br>Response Date: 10/2/2025 |

On 9/11/2025, I did cause a copy of the following documents, described below,

Motion, Notice of Hearing and Order to Confirm Amended Plan  ECF Docket Reference No. 21

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/11/2025

/s/ Kristin Bowen
Kristin Bowen  46688
Attorney for Debtor
Washington Law Group, PLLC
16000 Christensen Rd Ste 304B
Tukwila, WA  98188
206 624 3644
KristinB@washingtonstateattorneys.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

IN RE:

CASSANDRA SIMI MAKI

CASE NO: 25-11878-CMA

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 21
Judge: Christopher Alston
Hearing Location: 700 Stewart St, Courtroom 7206, Seattle, WA 98101
Hearing Date: 10/9/2025
Hearing Time: 9:30 am

On 9/11/2025, a copy of the following documents, described below,

Motion, Notice of Hearing and Order to Confirm Amended Plan  ECF Docket Reference No. 21

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/11/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kristin Bowen
Washington Law Group, PLLC
16000 Christensen Rd Ste 304B
Tukwila, WA  98188

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

EXCLUDE

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-11878-CMA
WESTERN DISTRICT OF WASHINGTON
THU SEP 11 6-48-50 PST 2025

(U)COURTESY  NEF

US BANKRUPTCY COURT
700 STEWART ST  ROOM 6301
SEATTLE  WA 98101-4441

AMERICAN EXPRESS
PO BOX 297871
FORT LAUDERDALE  FL 33329-7871

AMERICAN PROFIT RECOVE
34505 W 12 MILE RD STE 3
FARMINGTON HILLS  MI 48331-3258

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

CAPITAL ONE BANK USA
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

COMCAST
PO BOX 1931
BURLINGAME  CA 94011-1931

ESBHARLEY DAVIDSON CR
9850 DOUBLE R BLVD STE 1
RENO  NV 89521-3103

(P)HAPO COMMUNITY CREDIT UNION
7601 CLEARWATER AVENUE STE 460
KENNEWICK WA 99336-1759

HARLEYDAVIDSON CREDIT CORP
PO BOX 9013
ADDISON  TEXAS 75001-9013

INTERNAL REVENUE SERVICE
CENTRAL INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA  PA 19101-7346

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

NICHOLAS MAKI
4475 TOLT AVE 954
CARNATION  WA 98014

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(P)PUGET SOUND ENERGY
ATTN VENDOR COLLECTIONS BOT01O
P O BOX 97034
BELLEVUE WA 98009-9734

SBA
CESC COVID EIDL SERVICE CENTER
14925 KINGSPORT RD
FORT WORTH  TX 76155-2243

US SMALL BUSINESS ADMINISTRATION
ATTN LEGAL DEPT
2401 4TH AVE 400
SEATTLE  WA 98121-1430

US SBASEATTLE REGIONAL OFFICE
2401 FOURTH AVE  SUITE 450
SEATTLE  WA 98121-3459

UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE  WA 98101-4438

WA DEPARTMENT OF REVENUE
2101 4TH AVE STE 1400
SEATTLE  WA 98121-2300

DEBTOR

WASHINGTON STATE DEPT OF REVENUE
ATTN BANKRUPTCY CLAIMS UNIT
2101 4TH AVE 1400
SEATTLE  WA 98121-2379

XFINITY
PO BOX 60533
CITY OF INDUSTRY  CA 91716-0533

CASANDRA SIMI MAKI
4475 TOLT AVE 954
CARNATION  WA 98014

ERIN LANE
WASHINGTON LAW GROUP
16000 CHRISTENSEN RD
SUITE 304
TUKWILA  WA 98188-2967

(P)JASON WILSON AGUILAR
600 UNIVERSITY ST STE 1300
SEATTLE WA 98101-4102